UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INC., <br><br> Plaintiff, <br><br> v. <br><br> CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT, BESSEMER TRUST CO., N.A., as Trustee for the Harvey Hubbell Trust and the Louie E. Roche Trust, and HUBBELL INC., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:15cv1507 (AWT) <br><br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 10, 2015 |

## MOTION FOR ADMISSION OF
## WILLIAM SAVITT PRO HAC VICE

The undersigned member of the bar of this Court hereby moves, pursuant to Local Rule 83.1(d), for an order admitting William Savitt *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendants Carlos M. Cardoso, Anthony J. Guzzi, Neal J. Keating, John F. Malloy, David G. Nord, Carlos A. Rodriguez, John G. Russell, Steven R. Shawley, Richard J. Swift, and Hubbell Inc. (the "Hubbell Defendants"). In support of this motion, the undersigned represents as follows:

1. I am a partner in the law firm of Shipman & Goodwin LLP, located at One Constitution Plaza, Hartford, CT 06103, Tel: 860.251.5824, pfahey@goodwin.com.

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3. As detailed in the declaration attached hereto as Exhibit A, Attorney Savitt is a member in good standing of the State Bar of New York, and he is admitted to practice before the United States District Court for the Eastern and Southern District of New York and the United States Court of Appeals for the Second Circuit.

4. As established in the attached Exhibit A, Attorney Savitt satisfies the requirements for admission *pro hac vice* set out in Local Rule 83.1(d).

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting William Savitt *pro hac vice* to appear before this Court in this case on behalf of the Hubbell Defendants.

> DEFENDANTS,
> CARLOS M. CARDOSO, ANTHONY J. GUZZI,
> NEAL J. KEATING, JOHN F. MALLOY,
> DAVID G. NORD, CARLOS A. RODRIGUEZ,
> JOHN G. RUSSELL, STEVEN R. SHAWLEY,
> RICHARD J. SWIFT, and HUBBELL INC.,
>
> By: /s/Patrick M. Fahey
>    Patrick M. Fahey (ct13862)
>    Robert L. Wyld (ct04333)
>    For Shipman & Goodwin LLP
>    One Constitution Plaza
>    Hartford, Connecticut 06103
>    Tel: (860) 251-5000
>    Fax: (860) 251-5219
>    pfahey@goodwin.com
>
>    Their Attorneys

## CERTIFICATION OF SERVICE

      I hereby certify that on November 10, 2015, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/Patrick M. Fahey

4411506v1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INC., <br><br> Plaintiff, <br><br> v. <br><br> CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT, BESSEMER TRUST CO., N.A., as Trustee for the Harvey Hubbell Trust and the Louie E. Roche Trust, and HUBBELL INC., <br><br> Defendants. | C.A. No. 3:15-cv-01507-AWT |

DECLARATION IN SUPPORT OF MOTION FOR
ADMISSION OF WILLIAM SAVITT PRO HAC VICE

I, William Savitt, hereby declare:

1. I am an attorney and a member of the law firm of Wachtell, Lipton, Rosen & Katz.

2. I submit this declaration in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter as counsel for defendants Carlos M. Cardoso, Anthony J. Guzzi, Neal J. Keating, John F. Malloy, David G. Nord, Carlos A. Rodriguez, John G. Russell, Steven R. Shawley, Richard J. Swift and Hubbell Inc.

3. My contact information is as follows:

1

    *Mailing Address*      51 West 52nd Street, New York, NY 10019
    *Business E-mail Address:*      wdsavitt@wlrk.com
    *Business Telephone Number:*      212 403-1000
    *Business Facsimile Number:*      212 403-2000

4. I am a member in good standing of the following State and Federal Bars:

State Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| New York | Active | May 12, 1998 | 2900058 |

Federal Bar Admissions:

| Name of Court | Admission Standing | Date of Admission | Bar ID No. |
|---|---|---|---|
| United States Court of Appeals for the Second Circuit | Active | 2007 | n/a |
| United States District Court for the Southern District of New York | Active | May 2001 | WS5236 |
| United States District Court for the Eastern District of New York | Active | June 2001 | WS5236 |

5. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

2

8.\tI designate Patrick M. Fahey of Shipman & Goodwin LLP as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

I declare under penalty of perjury that the forgoing is true and correct.

Executed at New York, New York, this 9th day of November, 2015.

_____