UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT and BESSEMER TRUST COMPANY, N.A., AS TRUSTEE FOR THE HARVEY HUBBELL TRUST and THE LOUIS E. ROCHE TRUST, and HUBBELL INCORPORATED,<br><br>    Defendants. | Case Number: 15-cv-01507 (AWT)<br><br>November 30, 2015 |

### MOTION FOR ADMISSION OF CHIMNOMNSO N. KALU PRO HAC VICE

The undersigned member of the bar of this Court hereby moves, pursuant to Rule 83.1(d) of the Local Rules of the United States District Court for the District of Connecticut, for an order admitting Chimnomnso N. Kalu to appear *pro hac vice* as a visiting lawyer in this matter for the Defendant, Bessemer Trust Company, N.A., as Trustee for the Harvey Hubbell Trust and the Louis E. Roche Trust.

In support of this Motion, the undersigned represents as follows:

1. I am a partner in the law firm of Diserio, Martin, O'Connor & Castiglioni, located at One Atlantic Street, Stamford, CT 06905, telephone number: 203-258-0800, jwhitcomb@dmoc.com.

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court of the District of Connecticut.

3. Chimnomnso N. Kalu is an attorney practicing law in New York at the law firm of Sullivan & Cromwell, LLC, 125 Broad Street, New York, New York 10004-2498, telephone number 212-558-4000, fax number 212-558-3588, email KALUC@sullcrom.com.

4. As detailed in the declaration submitted herewith, Attorney Kalu is a member in good standing of the Bar of New York, and she is admitted to practice before the United States District Court of the Southern District of New York, District of Columbia, and the United States Appellate Court for the Fourth Circuit.

5. As established in the attached declaration, Attorney Kalu satisfies the requirements for admission *pro hac vice* pursuant to Local Rule 83.1(d).

WHEREFORE, the undersigned respectfully requests that the Court grant permission for Chimnomnso N. Kalu to appear *pro hac vice* in this matter representing the Defendant, Bessemer Trust Company, N.A.

                 Respectfully submitted,

               BY: /s/ Jonathan P. Whitcomb ct15014
                 Jonathan P. Whitcomb ct15014
                 DISERIO MARTIN O'CONNOR &
                 CASTIGLIONI LLP
                 One Atlantic Street
                 Stamford, CT 06901
                 (203) 358-0800
                 jwhitcomb@dmoc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *Jonathan P. Whitcomb ct15014*
Jonathan P. Whitcomb ct15014