UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INCORPORATED, and derivatively on behalf of HUBBELL INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT, BESSEMER TRUST COMPANY, N.A., AS TRUSTEE FOR THE HARVEY HUBBELL TRUST and THE LOUIS E. ROCHE TRUST,<br><br>Defendants.<br><br>and<br><br>HUBBELL INCORPORATED,<br><br>Nominal Defendant. | C.A. No. 3:15-cv-01507-AWT<br><br><br><br><br><br><br><br><br><br>March 11, 2016 |

## MOTION FOR ADMISSION OF
## ERIC L. ZAGAR PRO HAC VICE

The undersigned member of the bar of this Court hereby moves, pursuant to Local Rule 83.1(d), for an order admitting Eric L. Zagar, of Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road, Radnor, PA 19087, pro hac vice to appear before this Court in the above-captioned case on behalf of Plaintiff Norfolk County Retirement System (the "Plaintiff"). In support of this motion, the undersigned represents as follows:

1. I am a partner in the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC, located at 147 North Broad Street, P.O. Box 112, Milford, CT 06460, Tel: (203) 877-8000, DSlossberg@hssklaw.com.

2. I am a member in good standing of the bars of the State of Connecticut, the State of New York and the State of Massachusetts and I am admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States Court of Appeals, 2nd Circuit and the United States Supreme Court.

3. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

4. As set forth in his affidavit attached hereto, Attorney Zagar has designated the undersigned, David A. Slossberg, a member of the bar of this Court and the attorney sponsoring his application to be admitted as a visiting lawyer, as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission before this Court in this proceeding.

5. A fee of $75.00 has been paid to the Clerk of the Court in accordance with Local Rule 83.1(d)(3) for the admission of Attorney Zagar.

6. As detailed in the declaration attached hereto as Exhibit A, Attorney Zagar is an active member in good standing with the bars of the Commonwealth of Pennsylvania, the State of California and the State of New York, and he is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Northern District of California, the United States District Court for the Central District of

California, the United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, the United States District Court for the Western District of Tennessee, the United States District Court for the District of Colorado, the United States District Court for the Western District of Michigan, the United States District Court for the Northern District of Ohio, the United States Court of Appeals, 3rd Circuit, the United States Court of Appeals, 4th Circuit, the United States Court of Appeals, 5th Circuit, the United States Court of Appeals, 7th Circuit, the United States Court of Appeals, 9th Circuit and the United States Court of Federal Claims.

7. As established in the attached Exhibit A, Attorney Zagar satisfies the requirements for admission pro hac vice set out in Local Rule 83.1(d).

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Eric L. Zagar pro hac vice to appear before this Court in this case on behalf of the Plaintiff.

By: /s/ David A. Slossberg
    David A. Slossberg [ct13116]
    David C. Shufrin [ct29230]
    HURWITZ, SAGARIN, SLOSSBERG
      & KNUFF, LLC
    147 North Broad Street
    P.O. Box 112
    Milford, CT 06460
    Tel: (203) 877-8000
    Fax: (203) 878-9800
    *DSlossberg@hssklaw.com*
    *DShufrin@hssklaw.com*

*OF COUNSEL:*
Eric Zagar
Kristen Ross
KESSLER TOPAZ
  MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Jeremy Friedman
Spencer Oster
David Tejtel
FRIEDMAN OSTER & TEJTEL PLLC
240 East 79th Street, Suite A
New York, NY 10075
(888) 529-1108

Christine S. Azar
Ned Weinberger
LABATON SUCHAROW LLP
300 Delaware Ave., Suite 1340
Wilmington, DE 19801
(302) 573-2540

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David A. Slossberg