UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INCORPORATED, and derivatively on behalf of HUBBELL INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT, BESSEMER TRUST COMPANY, N.A., AS TRUSTEE FOR THE HARVEY HUBBELL TRUST and THE LOUIS E. ROCHE TRUST,<br><br>Defendants.<br><br>and<br><br>HUBBELL INCORPORATED,<br><br>Nominal Defendant | C.A. No. 3:15-cv-01507-AWT<br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 7, 2016 |

**MOTION FOR ADMISSION OF NED WEINBERGER
TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), the undersigned member of the bar of this Court hereby respectfully moves that Ned Weinberger be permitted to appear *pro hac vice* in this matter on behalf of Plaintiff Norfolk County Retirement System. The accompanying Affidavit of Ned Weinberger in support of this motion (Exhibit A) sets forth Mr. Weinberger's contact information,

bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. As set forth therein:

1.   Mr. Weinberger is co-lead counsel for Plaintiff and a partner of the law firm Labaton Sucharow LLP, 300 Delaware Avenue, Suite 1340, Wilmington, DE 19801, Tel: (302) 573-2540, Fax: (302) 573-2529, email: nweinberger@labaton.com.

2.   Mr. Weinberger is a member in good standing of the following:

|  | BAR NUMBER | DATE OF ADMISSION |
|---|---|---|
| Bar of the State of Delaware | 5256 | 01/28/09 |
| Bar of the State of Pennsylvania | 210103 | 07/20/09 |
| Bar of the State of New York | 4965364 | 09/27/11 |
| U.S. District Court, District of Delaware | 5256 | 2010 |

3.   Mr. Weinberger has not been denied admission or disciplined by this Court or any other court.

4.   Mr. Weinberger has fully reviewed and is familiar with the Local Civil Rules of the United States District Court for the District of Connecticut.

5.   The undersigned counsel will participate in this action and will provide a local office as required by Local Rule 83.1(c).

6.   The $75.00 fee required for Mr. Weinberger' admission is submitted with this motion pursuant to Local Rule 83.1(d)(3).

Based on the attached affidavit, Mr. Weinberger appears to satisfy all of the Court's requirements to be permitted to represent the Lead Plaintiff and the proposed class in this matter. Moreover, the granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Weinberger *pro hac vice* for that purpose.

          HURWITZ, SAGARIN, SLOSSBERG
           & KNUFF, LLC

       By: */s/ David C. Shufrin*
         David A. Slossberg [CT Bar No. 13116]
         David C. Shufrin [CT Bar No. 29230]
         David L. Belt (CT Bar No. 04274]
         147 North Broad Street
         P.O. Box 112
         Milford, CT 06460
         Tel: (203) 877-8000
         Fax: (203) 878-9800
         *DSlossberg@hssklaw.com*
         *DShufrin@hssklaw.com*

## CERTIFICATE OF SERVICE

This is to certify that on November 7, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

/s/ David C. Shufrin