UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NORFOLK COUNTY RETIREMENT SYSTEM, on behalf of itself and all other similarly situated holders of Class B common stock of HUBBELL INCORPORATED, and derivatively on behalf of HUBBELL INCORPORATED, | |
| | C.A. No. 3:15-cv-01507-AWT |
| Plaintiff, | |
| v. | |
| CARLOS M. CARDOSO, ANTHONY J. GUZZI, NEAL J. KEATING, JOHN F. MALLOY, DAVID G. NORD, CARLOS A. RODRIGUEZ, JOHN G. RUSSELL, STEVEN R. SHAWLEY, RICHARD J. SWIFT, BESSEMER TRUST COMPANY, N.A., AS TRUSTEE FOR THE HARVEY HUBBELL TRUST and THE LOUIS E. ROCHE TRUST, | November 21, 2016 |
| Defendants. | |
| and | |
| HUBBELL INCORPORATED, | |
| Nominal Defendant. | |

**MOTION FOR ADMISSION OF**
**<u>KRISTEN L. ROSS PRO HAC VICE</u>**

The undersigned member of the bar of this Court hereby moves, pursuant to Local Rule 83.1(d), for an order admitting Kristen Ross pro hac vice to appear before this Court in the above-captioned case on behalf of Plaintiff Norfolk County Retirement System (the "Plaintiff"). In support of this motion, the undersigned represents as follows:

1.       I am a partner in the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC, located at 147 North Broad Street, P.O. Box 112, Milford, CT 06460, Tel: (203) 877-8000, DSlossberg@hssklaw.com.

2.       I am a member in good standing of the bars of the State of Connecticut, the State of New York and the State of Massachusetts and I am admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Northern District of New York, the United States Court of Appeals, Second Circuit and the United States Supreme Court.

3.       As detailed in the declaration attached hereto as Exhibit A, Attorney Ross is an active member in good standing with the bars of the Commonwealth of Pennsylvania and the State of New Jersey, and she is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, the United States Bankruptcy Court for the District of New Jersey and the United States District Court for the Western District of Tennessee.

4.       As established in the attached Exhibit A, Attorney Ross satisfies the requirements for admission pro hac vice set out in Local Rule 83. 1(d).

WHEREFORE, the undersigned respectfully requests that the Court enter an order admitting Kristen L. Ross pro hac vice to appear before this Court in this case on behalf of the Plaintiff.

By: /s/ David A. Slossberg
    David A. Slossberg [ct13116]
    David C. Shufrin [ct29230]
    HURWITZ, SAGARIN, SLOSSBERG
      & KNUFF, LLC
    147 North Broad Street
    P.O. Box 112
    Milford, CT 06460
    Tel: (203) 877-8000
    Fax: (203) 878-9800
    *DSlossberg@hssklaw.com*
    *DShufrin@hssklaw.com*

*OF COUNSEL:*
Eric Zagar
Kristen Ross
KESSLER TOPAZ
   MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

Jeremy Friedman
Spencer Oster
David Tejtel
FRIEDMAN OSTER & TEJTEL PLLC
240 East 79th Street, Suite A
New York, NY 10075
(888) 529-1108

Christine S. Azar
Ned Weinberger
LABATON SUCHAROW LLP
300 Delaware Ave., Suite 1340
Wilmington, DE 19801
(302) 573-2540

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ David A. Slossberg